IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. BROWN,<br>    Plaintiff<br><br>    v.<br><br>MATT EDINGER, et al.,<br>    Defendants | No. 1:17-cv-02321<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, this 24th day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motions to proceed in forma pauperis (Doc. No. 2 and 11), are **DENIED** pursuant to the three-strikes provision of 28 U.S.C. § 1915(g);

2. Plaintiffs motions for an extension of time to file in forma pauperis forms (Doc. Nos. 7 and 10), are **DENIED as moot**;

3. Plaintiff's complaint (Doc. No. 1), is **DISMISSED without prejudice** pursuant to the three-strikes provision, 28 U.S.C. § 1915(g); and

4. The Clerk of Court shall **CLOSE** this case.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge